**TESSERA, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Elpida Memory, Inc. and Elpida Memory (USA) Inc.,**
Intervenors,

and

**Smart Modular Technologies, Inc., Intervenor,**

and

**Acer, Inc., Acer America Corporation, Nanya Technology Corporation, Nanya Technology Corporation U.S.A., and Powerchip Semiconductor Corporation (now known as Powerchip Technology Corporation), Intervenors,**

and

**Ramaxel Technology, Ltd., Intervenor,**

and

**Kingston Technology Company, Inc., Intervenor.**

No. 2010–1176.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2010.

**ON MOTION**

**ORDER**

Powerchip Semiconductor Corporation moves to reform the official caption. Elpida Memory, Inc. and Elpida Memory (USA) Inc. (Elpida) move to withdraw Veronica S. Ascarrunz and Shaun R. Snader as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Powerchip's motion is granted. The revised official caption is reflected above.

(2) Elpida's motion is granted.